# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TAIKWAN JULIAN MULLINS,<br><br>             Plaintiff,<br><br>    v.<br><br>L. VILLASENOR, et al.,<br><br>             Defendants.<br>                                                                    / | CASE NO. 1:09-cv-02045-DLB PC<br><br>ORDER DENYING MOTIONS AS MOOT<br><br>(Docs. 2, 8, 10, 13) |

Plaintiff Edward Taikwan Julian Mullins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for injunctive relief, filed November 20, 2009, December 16, 2009, March 1, 2010, and March 3, 2010.

Plaintiff's motion for injunctive relief, filed March 15, 2010, encompasses all of Plaintiff's injunctive relief claims raised in his November 20, December 16, and March 1 motions. Accordingly, the other motions are DENIED as moot.

Plaintiff's March 3, 2010 motion entitled "Motion to Expedite the Appeal" is also DENIED as moot. The United States Court of Appeal for the Ninth Circuit has already adjudicated Plaintiff's motion pursuant to an order filed May 19, 2010.

IT IS SO ORDERED.

   Dated:   **June 22, 2010**                    **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE